**Exhibit: FOIA Communications**

**This exhibit contains all relevant FOIA correspondence between John R. Fouts and the Executive Office for United States Attorneys (EOUSA), including the initial requests, appeals, confirmations, and denials.**

U.S. Department of Justice

Office of Information Policy

Sixth Floor

441 G Street, NW

Washington, DC 20530-0001

Telephone: (202) 514-3642

John Fouts

Re:   Appeal No. A-2025-00928

Request No. EOUSA-2025-002217

fouts.john@gmail.com

**VIA: Online Portal - 6/12/2025**

Dear John Fouts:

You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your Freedom of Information Act request for records concerning yourself and your child, Jack Fouts. I note that your appeal concerns EOUSA's full denial of your request.

After carefully considering your appeal, and as a result of discussions between EOUSA personnel and this Office, please be advised that EOUSA has reopened your request for records concerning yourself under Request No. EOUSA-2025-003522. You may appeal any future adverse determination made by EOUSA. If you would like to inquire about the status of this request or to receive an estimated date of completion, please contact EOUSA's FOIA Customer Service Center directly at 202-252-6020.

Additionally, I am affirming, on partly modified grounds, EOUSA's action on the portion of your request concerning Jack Fouts.* The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. Confirming or denying the existence of such records, including law enforcement records, concerning a third-party individual would constitute a clearly unwarranted invasion of personal privacy, and could reasonably be expected to constitute an unwarranted invasion of personal privacy. See 5 U.S.C. § 552(b)(6), (7)(C). Additionally, it is reasonably foreseeable that confirming or denying the existence of such records would harm the interests protected by these exemptions. See, e.g., People for the Ethical Treatment of Animals v. NIH, 745 F.3d 535, 544 (D.C. Cir. 2014) (upholding agency's refusal to confirm or deny existence of records that would confirm whether investigation of third party had occurred); see also Antonelli v. FBI, 721 F.2d 615, 618 (7th Cir. 1983) (finding that confirming whether third party has been the subject of investigation would likely

"constitute an invasion of that person's privacy that implicates the protections of Exemptions 6 and 7").

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of EOUSA in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

*Jillian Warzynski*

Jillian Warzynski
Associate Chief, for Christina Troiani, Chief,
Administrative Appeals Staff

*Please be advised that in order for a parent of a minor or the legal guardian of an individual to make a Privacy Act request for access on behalf of the individual, the parent or legal guardian must establish certain criteria, including, proof of parentage or legal guardianship, which may be proven by providing a copy of the individual's birth certificate or by providing a court order establishing legal guardianship. See 28 C.F.R. § 16.41(e) (2024). You should provide these documents to EOUSA directly.

**U.S. Department of Justice**

Executive Office for United States Attorneys

_____

Freedom of Information and Privacy Staff          Suite 5.400, 3CON Building          (202) 252-6020
                                                  175N Street, NE
                                                  Washington, DC 20530

February 20, 2025

John Fouts
2904 Sitka Drive L29
Louisville, KY  40299
fouts.john@gmail.com

   Re: Request Number  EOUSA-2025-002217
   Subject of Request:  Self & Jack A. Fouts

Dear John Fouts:

  The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act (FOIA) and/or Privacy Act (PA) request and assigned the above number to it. In response to your FOIA/PA request, the paragraph(s) checked below apply:

1. ☐ The Freedom of Information Act only applies to records already in existence and does not require an agency to **conduct research, create new records, or answer questions presented as FOIA requests**.

2. ☐ Please be advised that the FOIA provides a right of access to federal agency records that exist and can be located in federal agency files. The FOIA does not apply to records that are maintained by states, counties, or cities, or by the legislative or judicial branches of the government.  With regard to the **specific questions you asked** in your request letter, please be advised that the FOIA does not require federal **conduct research, create new records, or answer questions presented as FOIA requests**, but rather is limited to requiring agencies to provide access to reasonably described, nonexempt records.

3. X The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States.  Please **identify the specific United States Attorney's office(s)** where you believe records may be located.  This would be primarily the district(s) in which a prosecution or litigation occurred.

4. ☐ **You did not request any records**.  A proper Freedom of Information Act request for records must **reasonably describe the records** sought. See 5 U.S.C. § 552(a)(3)(A). After carefully reviewing your request, I have determined that you did not reasonably describe the subject of your request.  Please provide more detailed information about the records you seek, such as appropriate dates, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number.

5.  ☐ A proper Freedom of Information Act request for records must **reasonably describe the records** sought. See 5 U.S.C. § 552(a)(3)(A). After carefully reviewing your request, I have determined that you did not reasonably describe the subject of your request.  Please provide more detailed information about the records you seek, such as appropriate dates, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number.

6.  ☐ It appears that the records you seek are likely to be maintained by **state or local authorities**. For your information, the federal Freedom of Information Act applies only to records maintained by federal agencies that are subject to the FOIA. Records that are maintained by state or local authorities are subject only to any records access laws that might be applicable to those states and localities. Accordingly, if you have not already done so, I suggest that you make a request for such records to the proper state or local authority in accordance with the appropriate state or local records access law.

7.  ☐Your request seeks records which may be available from the **clerk of the court**.  You should contact the clerk of the court directly to seek possible release of the records.

8.  X You have **requested records pertaining to yourself**. Therefore, you will need to verify your identity as required by Department regulation 28 C.F.R. § 16.41(d) (2019). Specifically, if you would like this Office to process your request and search for responsive records in this Office, you will need to either (1) return a completed Certification of Identity form to this Office, or (2) provide a statement notarized or under penalty of perjury pursuant to 28 U.S.C. § 1746, indicating your <u>full name</u>, <u>place of birth</u>, <u>date of birth</u>, and <u>current address</u>. A form is enclosed for your use.  <u>As stated below, the form needs to be submitted as a new request accompanied by a description of your request.</u>

9.  X You have **requested records concerning a third party**. To the extent that non-public responsive records exist, without consent, proof of death, or an overriding public interest, disclosure of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy. See 5 U.S.C. § 552(b)(6) & (b)(7)(C). Because any non-public records responsive to your request would be categorically exempt from disclosure, this Office is not required to conduct a search for the requested records.  <u>Should you obtain the authorization and consent of the third party for release of the records to you, please submit a new request for the documents accompanied by the written authorization</u>.  A form is enclosed to assist you in providing us the authorization and consent of the third party.  Your name should appear in the section titled "Optional."  The authorization must be notarized or signed under penalty of perjury pursuant to 18 U.S.C. § 1001.

    We will release, if requested, any public records maintained in our files, such as court records and news clippings, without the express authorization of the third party, a death certificate, or public justification for release.  If you desire to obtain public records that exist in our files, please reply with a letter asking for the public documents.  Please send your letter to the address above.  The request will need to be reasonably described by providing detailed information about the records you seek, such as appropriate dates, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number.

    Once you have corrected the above deficiencies, please submit a new request for the documents. The new request should include a full description of your request and correct any deficiency.  Please do not send back Certification of Identity forms without a request description. Stand alone Certification of Identity forms will not be processed. This is a final determination and your request for information has been closed.  **When we have received your new, corrected request, we will open a new file for you. Please send your new, corrected request**

**to the address above or you can submit your request at our website:**
**https://eousafoia.usdoj.gov/.**

      This is the final action on this above-numbered request.  If you are not satisfied with EOUSA's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

      You may contact the EOUSA FOIA Public Liaison for any further assistance and to discuss any aspect of your request. The contact information for EOUSA is 175 N Street, NE, Suite 5.400, Washington, DC 20530; telephone at 202-252-6020. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

      Sincerely,

Kevin Krebs
Assistant Director


☐ Enclosure

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _____

Citizenship Status [2] _____  Social Security Number [3] _____

Current Address _____

Date of Birth _____  Place of Birth _____

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____  Date _____

_____

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361



Page    4 / 4

U.S Department of Justice

**Certification of Identity**



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _____ John R. Fouts, MBA for self and for child (Jack A. Fouts) - minor _____

Citizenship Status [2] _____ Both Citizens _____ Social Security Number [3] _____ 402179858 & 309375286 (JAF) _____

Current Address _____ 2904 Sitka Dr. L29 Louisville, KY 40299 _____

Date of Birth _____ 01/31/1979 & 04/26/2011 (JAF) _____ Place of Birth _____ Louisville, KY & New Albany, IN (JAF) _____

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____ *John R. Fouts* _____ Date _____ 02/21/2025 _____

_____

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

Add signature        Finish



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*

*441 G Street, NW*

*Washington, DC 20530-0001*

---

*Telephone: (202) 514-3642*

February 21, 2025

fouts.john@gmail.com

Dear John Fouts:

This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the action of the  Executive Office for United States Attorneys  regarding Request No. EOUSA-2025-002217 on 02/21/2025.

In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number A-2025-00928.  Please refer to this number in any future communication with OIP regarding this matter.  Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at 202-514-3642.  If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

February 21, 2025

fouts.john@gmail.com

Dear John Fouts:

This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the action of the Executive Office for United States Attorneys regarding Request No. EOUSA-2025-002217 on 02/21/2025.

In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number A-2025-00928. Please refer to this number in any future communication with OIP regarding this matter. Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at 202-514-3642. If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist



My Account      Sign Out      Help

HOME          TRACKING INBOX

Tracking Inbox   »   Appeal

# A-2025-00928

**Requester:**  Fouts, John R

Status: Submitted

## Appeal

### Appeal Information

| | | | |
|---|---|---|---|
| Received Date | 02/21/2025 | Agency | OIP |
| | | Document Delivery Method | Email |

### Request Information

| | |
|---|---|
| Request Number | EOUSA-2025-002217 |
| Component | EOUSA |

Subject of Request

John R. Fouts and Jack A. Fouts (minor child).

Subject: FOIA Request for All United States Attorney Records in All Over One Hundred Separate Offices Related to John R. Fouts (Dad) and Jack A. Fouts (minor child).

Pursuant to the Freedom of Information Act
(5 U.S.C. § 552):

I request full and complete disclosure of all records, documents, and communications in the possession of the Department of Justice (DOJ, FBI, DHS, EOUSA) related to:

1. All classified and nonclassified records regarding myself (John R. Fouts) and minor child (Jack A. Fouts.)

2. All internal DOJ, FBI, DHS, EOUSA processing notes, audit logs, and case handling records regarding my complaints, legal matters, and communications with DOJ or its sub-agencies (including but not limited to the Civil Rights Division, Office of Special Counsel, and Office of the Inspector General, Office for United States Attorneys).

3. All inter-agency and intra-agency communications referencing me or my case, or my minor child, JAF, including emails, memos, texts, meeting notes, and recorded phone calls.

4. All legal assessments, decisions, or delays related to my civil rights complaints, whistleblower filings, and requests for oversight, along with any other information related in any way to me or my child.

5. Any investigations, denials, or decisions regarding my requests for DOJ intervention, Office of Special Counsel requests, request for Whistleblower protections, Special Master requests, or any mention of any kind not already noted above related to me or my child.

If any portion of this request is denied or redacted, I require:

- A detailed Vaughn Index identifying withheld documents.

- The specific legal basis for each withholding with citations of law and legal case precedent.

- A clear justification for why the exemption applies.

I request a full fee waiver as this request is in the public interest, involves government accountability, and is not for commercial use.

I also request expedited processing due to the urgent and potentially life-threatening nature of my situation and the government's continued inaction and refusal to abide by federal law.

I expect a response an immediate and expedited response.

Please provide the records in electronic format (PDF, DOC, or machine-readable format) and send them to fouts.john@gmail.com.

If physical copies are required, please mail them to my address:

2904 Sitka Dr. L29
Louisville, KY 40299

**Basis for Appeal**

| | |
|---|---|
| Description of Appeal | The rejected request asked for which offices - I am requesting all records in all office for me, John R. Fouts, and for my child who is a minor, Jack A. Fouts. Jack goes by Jackie or Jaqquelyn, and while there is no official name change for US Government purposes as of yet, records for Jackie or Jaqquelyn may exist and need to be included. My passport and the completion of the requested form, which is attached should be sufficient to verify my identity. I have also provided my child's passport to do the same. |
| Based on Denial of Fee Waiver | Yes |
| Based on Denial of Expedited Processing | Yes |
| Requester Item Type 1 | Certification of Identity |
| Requester Items 1 | FOIA-REQUEST-EOUSA-2025-002217-SIGNED-FORM.pdf |
| Requester Item Type 2 | Certification of Identity |
| Requester Items 2 | IMG_6393.JPEG |
| Requester Item Type 3 | Supplemental Information |
| Requester Items 3 | IMG_6394.JPEG |

**Requester Contact Information**

| | | | |
|---|---|---|---|
| Salutation | Mr. | Address Type | Home |
| First Name | John | Country | United Stat |
| Middle Name | Robert | Address Line 1 | 2904 Sitka |
| Last Name | Fouts | Address Line 2 | L29 |
| Email Address | fouts.john@gmail.com | City | Louisville |
| Organization | | State | Kentucky |
| Register Number | | Zip/Postal Code | 40299 |
| Phone Number | 5029560052 | | |
| Fax Number | 5029968246 | | |
| Other Information | | | |

**Expedited Processing Information**

| | | | |
|---|---|---|---|
| Expedited Processing Requested? | Yes | Expedited Justification | I request a involves go |
| Expedited Processing Request Date | | | |
| Expedited Processing Determination | | | I also reque life-threaten inaction and |
| Standards for Expedition | 1. Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual. 2. An urgency to inform the public about an actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information. 3. The loss of substantial due process rights. 4. A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence. | | I expect a r |

**U.S. Department of Justice**

Executive Office for United States Attorneys

_____

Freedom of Information and Privacy Staff                Suite 5.400, 3CON Building        (202) 252-6020
                                                        175N Street, NE
                                                        Washington, DC  20530

February 20, 2025

John Fouts
2904 Sitka Drive L29
Louisville, KY  40299
fouts.john@gmail.com

   Re: Request Number  EOUSA-2025-002217
   Subject of Request:  Self & Jack A. Fouts

Dear John Fouts:

   The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act (FOIA) and/or Privacy Act (PA) request and assigned the above number to it. In response to your FOIA/PA request, the paragraph(s) checked below apply:

1. ☐ The Freedom of Information Act only applies to records already in existence and does not require an agency to **conduct research, create new records, or answer questions presented as FOIA requests**.

2. ☐ Please be advised that the FOIA provides a right of access to federal agency records that exist and can be located in federal agency files. The FOIA does not apply to records that are maintained by states, counties, or cities, or by the legislative or judicial branches of the government.  With regard to the **specific questions you asked** in your request letter, please be advised that the FOIA does not require federal **conduct research, create new records, or answer questions presented as FOIA requests**, but rather is limited to requiring agencies to provide access to reasonably described, nonexempt records.

3. X The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States.  Please **identify the specific United States Attorney's office(s)** where you believe records may be located.  This would be primarily the district(s) in which a prosecution or litigation occurred.

4. ☐ **You did not request any records**.  A proper Freedom of Information Act request for records must **reasonably describe the records** sought. See 5 U.S.C. § 552(a)(3)(A). After carefully reviewing your request, I have determined that you did not reasonably describe the subject of your request.  Please provide more detailed information about the records you seek, such as appropriate dates, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number.

5.  ☐ A proper Freedom of Information Act request for records must **reasonably describe the records** sought. See 5 U.S.C. § 552(a)(3)(A). After carefully reviewing your request, I have determined that you did not reasonably describe the subject of your request.  Please provide more detailed information about the records you seek, such as appropriate dates, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number.

6.  ☐ It appears that the records you seek are likely to be maintained by **state or local authorities**. For your information, the federal Freedom of Information Act applies only to records maintained by federal agencies that are subject to the FOIA. Records that are maintained by state or local authorities are subject only to any records access laws that might be applicable to those states and localities. Accordingly, if you have not already done so, I suggest that you make a request for such records to the proper state or local authority in accordance with the appropriate state or local records access law.

7.  ☐Your request seeks records which may be available from the **clerk of the court**.  You should contact the clerk of the court directly to seek possible release of the records.

8.  X You have **requested records pertaining to yourself**. Therefore, you will need to verify your identity as required by Department regulation 28 C.F.R. § 16.41(d) (2019). Specifically, if you would like this Office to process your request and search for responsive records in this Office, you will need to either (1) return a completed Certification of Identity form to this Office, or (2) provide a statement notarized or under penalty of perjury pursuant to 28 U.S.C. § 1746, indicating your full name, place of birth, date of birth, and current address. A form is enclosed for your use.  As stated below, the form needs to be submitted as a new request accompanied by a description of your request.

9.  X You have **requested records concerning a third party**. To the extent that non-public responsive records exist, without consent, proof of death, or an overriding public interest, disclosure of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy. See 5 U.S.C. § 552(b)(6) & (b)(7)(C). Because any non-public records responsive to your request would be categorically exempt from disclosure, this Office is not required to conduct a search for the requested records.  Should you obtain the authorization and consent of the third party for release of the records to you, please submit a new request for the documents accompanied by the written authorization.  A form is enclosed to assist you in providing us the authorization and consent of the third party.  Your name should appear in the section titled "Optional."  The authorization must be notarized or signed under penalty of perjury pursuant to 18 U.S.C. § 1001.

We will release, if requested, any public records maintained in our files, such as court records and news clippings, without the express authorization of the third party, a death certificate, or public justification for release.  If you desire to obtain public records that exist in our files, please reply with a letter asking for the public documents.  Please send your letter to the address above.  The request will need to be reasonably described by providing detailed information about the records you seek, such as appropriate dates, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number.

Once you have corrected the above deficiencies, please submit a new request for the documents. The new request should include a full description of your request and correct any deficiency.  Please do not send back Certification of Identity forms without a request description. Stand alone Certification of Identity forms will not be processed. This is a final determination and your request for information has been closed.  **When we have received your new, corrected request, we will open a new file for you. Please send your new, corrected request**

**to the address above or you can submit your request at our website:**
**https://eousafoia.usdoj.gov/.**

       This is the final action on this above-numbered request.  If you are not satisfied with EOUSA's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

       You may contact the EOUSA FOIA Public Liaison for any further assistance and to discuss any aspect of your request. The contact information for EOUSA is 175 N Street, NE, Suite 5.400, Washington, DC 20530; telephone at 202-252-6020. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

☐ Enclosure

U.S Department of Justice                 **Certification of Identity**



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _____John R. Fouts, MBA for self and for child (Jack A. Fouts) - minor_____

Citizenship Status [2] ____Both Citizens____    Social Security Number [3] ___402179858 & 309375286 (JAF)___

Current Address ____2904 Sitka Dr. L29 Louisville, KY  40299_____

Date of Birth ___01/31/1979 & 04/26/2011 (JAF)____    Place of Birth ___Louisville, KY & New Albany, IN (JAF)___

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] ____*John R. Fouts*____    Date ___02/21/2025___

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361